```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE


JOHN AMES,                      )
                                )
            Plaintiff,          )
                                )
     v.                         )      Civil No. 05-102-B-W
                                )
STATE OF MAINE, et al.,         )
                                )
            Defendants.         )
```

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 11, 2006 her Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on January 19, 2006 and the Defendant Jo Anne B. Barnhart filed her responses to those objections on January 27, 2006.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Defendants' Motion to Dismiss (Docket No. 9) be and hereby is <u>GRANTED</u> as the Plaintiff fails to state a claim against the Social Security Commission or Barnhart in her personal or official capacity.

                                          /s/ John A. Woodcock, Jr.
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2005